UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | BK No.: 11-49504 |
| 237 EAST ONTARIO LLC | Chapter: 11 |
| | Honorable Carol A. Doyle |
| Debtor(s) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF NEAL WOLF & ASSOCIATES, LLC, AS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION SEEKING COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 9, 2011 THROUGH SEPTEMBER 21, 2012**

This matter coming before the Court on the First and Final Application of Neal Wolf & Associates, LLC ("NW&A"), for entry of an order pursuant to sections 330 and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 5082-1 for compensation for services rendered and reimbursement of expenses incurred from December 9, 2011 through September 21, 2012 (the "Application"), due and proper notice of the Application having been provided; the Court having jurisdiction to hear and determine the Application; it appearing that there is good and sufficient cause to grant the relief requested; and after due deliberation, IT IS HEREBY ORDERED:

1. The Application is granted;

2. NW&A is hereby allowed fees in the amount of $250,932.50 for services rendered and reimbursement of $7,309.12 for expenses incurred, for the period from December 9, 2011 through September 21, 2012 in connection with the above-captioned case;

3. NW&A is hereby authorized to transfer the sum of $258,241.62 from NW&A's client trust account to NW&A's general business checking account for payment of said fees and expenses;

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Enter:

Dated: 10/11/12

United States Bankruptcy Judge

**Prepared by:**
Neal L. Wolf (ARDC No. 6186361)
John A. Benson, Jr. (ARDC No. 6289042)
Neal Wolf & Associates, LLC
155 North Wacker Drive, Suite 1910
Chicago, IL 60606

Rev: 20120501_bko